$50.00
#8463700668
✓ FEE PAID
___ FEE NOT PAID
(SEND LETTER)

ORIGINAL

1915.001
PHD

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 25 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPU

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RANDALL JONES, et al.

    **Plaintiff(s)**

vs.

KRISHNA ENTERPRISES, LLC

    **Defendant(s)**

Case No.: RDB 06-1219

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, ROGER C. SIMMONS, am a member in good standing of the bar of this Court. My bar number is 04363. I am moving the admission of BRIAN M. MAUL to appear *pro hac vice* in this case as counsel for PLAINTIFF.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Maryland State | December 2003 |
| New York State | July 2002 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

MOVANT

_____
Signature

Roger C. Simmons
Printed Name

Gordon & Simmons, LLC
Firm

603B West Patrick Street
Address

(301) 662-9122
Telephone Number

(301) 698-0392
Fax Number

PROPOSED ADMITTEE

_____
Signature

Brian M. Maul
Printed Name

Gordon & Simmons, LLC
Firm

603B West Patrick Street
Address

(301) 662-9122
Telephone Number

(301) 698-0392
Fax Number

****************************************************************

## ORDER

☐ GRANTED    ☐ DENIED

_____
Date

_____
Clerk, United States District Court